**David L. CARTER, Petitioner–Appellant,**

v.

**Kathleen SAWYER, Respondent–Appellee.**

No. 03–6286.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 9, 2003.

Decided Oct. 17, 2003.

David L. Carter, Appellant Pro Se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David Carter appeals the district court orders and judgment summarily dismissing his 28 U.S.C. § 2241 (2000) action and denying his motion for reconsideration. After reviewing the record, we find Carter failed to state a claim for relief. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*